**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA AUMACK,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No: CV13-00680 PA(JCx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 17, 2013

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Case 2:13-cv-00680-PA-JC   Document 20   Filed 07/17/13   Page 2 of 2   Page ID #:178